UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SCOTTY W. S., | Civil No. C15-05433-MLP |
| Plaintiff, | |
| | ORDER |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court upon the parties' stipulated motion to reopen this case for entry of judgment in favor of Plaintiff following the Commissioner's final decision on remand. (Dkt. # 21.) On April 22, 2016, this Court remanded this case pursuant to sentence six of 42 U.S.C. § 405(g). (Dkt. # 18.) On remand, the Administrative Law Judge issued a fully favorable decision dated Aoril 12, 2019, finding that Plaintiff was under a disability from September 1, 2011 through February 4, 2015. (Dkt. # 21 at 3-9.)

Based on the stipulation of the parties, it is hereby ORDERED AND ADJUDGED that the above-captioned case is reopened and judgment is entered for Plaintiff pursuant to sentence

//

//

Page 1

four of 42 U.S.C. § 405(g).

DATED this 1st day of October, 2019.

_MJPeterson_

MICHELLE L. PETERSON
United States Magistrate Judge